THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED 
 OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 

 
 
 
The
State,
Respondent,

v.
Christopher M.
Pringle, Appellant.
 
 
 

Appeal From Orangeburg County
Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No. 2004-UP-619
Submitted December 1, 2004  Filed December 
 9, 2004

AFFIRMED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 and Assistant Attorney General Deborah R.J. Shupe, all of Columbia; and Solicitor 
 Robert D. Robbins, of Summerville, for Respondent.
 
 
 

PER CURIAM:  Christopher M. Pringle 
 was convicted of driving under suspension (DUS), second offense, failure to 
 stop for a blue light, and possession of a firearm by a person convicted of 
 a crime of violence.  He received consecutive sentences of three years for failure 
 to stop for a blue light and two years for possession of a firearm by a person 
 convicted of a crime of violence, and a concurrent sixty day sentence for DUS.  
 On appeal, Pringle argues the trial court erred by denying [Pringles] motion 
 for a directed verdict when he was charged with being a violent felon in possession 
 of a weapon under S.C. Code Section 16-23-30, and his prior offense, third-degree 
 burglary, is not classified as a crime of violence.  We affirm 
 [1] pursuant to S.C. Code Ann. § 14-8-250 (Supp. 2003), Rule 220(b), SCACR, 
 and the following authorities: State v. Dunbar, 356 S.C. 138, 587 S.E.2d 
 691 (2003) (holding that in order for an issue to be preserved for appellate 
 review, it must have been raised to and ruled upon by the trial judge); Id. 
 (finding that issues not raised and ruled upon in trial court will not be considered 
 on appeal); State v. Bailey, 298 S.C. 1, 5, 377 S.E.2d 581, 584 (1989) 
 (A party cannot argue one ground for a directed verdict in trial and then an 
 alternative ground on appeal.); State v. Jordan, 255 S.C. 86, 177 S.E.2d 
 464 (1970) (determining that in reviewing denial of directed verdict motion, 
 issues not raised to trial court in support of directed verdict motion are not 
 preserved for appellate review).
 AFFIRMED.
 ANDERSON, STILWELL, and SHORT, 
 JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.